# United States District Court
## For The Western District of North Carolina
## Statesville Division

PHOENIX COLVARD DEVELOPMENT,
CHARLES HUNTER, AND JOCELYN
HUNTER,

  Plaintiff(s),        JUDGMENT IN A CIVIL CASE

vs.              CASE NO. 5:08CV72

SHELDON GOOD & COMPANY
INTERNATIONAL, LLC,

  Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 20, 2009, Order.

        Signed: January 21, 2009

        *Frank G. Johns*

        Frank G. Johns, Clerk
        United States District Court